



# Gate City Transportation, Inc. Employee Handbook



P167

Case 1:15-mi-00059-JEP   Document 5-1   Filed 04/01/16   Page 1 of 2

# Welcome from the President

Gate City Transportation, Inc. was founded in 1997. We provide non-emergency medical transportation services to hospitals, short-term and long-term care facilities, insurance providers, healthcare networks, managed care organizations and private citizens. During 2007, we became licensed as a convalescent ambulance provider with Guilford County Emergency Medical Services. Our services have expanded, and includes stretcher, wheelchair, needs, bariatrics, and shuttle ambulatory, special transportation. We are also a licensed with the N.C. Board of Funeral Service for cadaver transport.

We are committed to providing the highest quality in non-emergency medical transportation, and we look forward to working with you as a member of our team.

Our employee handbook is a tool to help promote a cooperative and healthy work atmosphere, to spell out policies relative to work hours, wages and conditions of employment. It will also assist you in understanding what is expected of you, and what you can expect from Gate City Transportation, Inc. This handbook replaces any and all earlier personnel or employee handbooks, policies and procedures, benefit statements, and memoranda—whether written, oral or established by practice.

The information in this handbook is important. Please read the manual and keep it in a convenient place. As circumstances change, the policies, practices and benefits described in this handbook may also change from time to time. Gate City Transportation, Inc. reserves the right to amend, modify, rescind, delete, supplement or add to the provisions of this handbook as it deems appropriate. No amendment or modification of any provisions of this handbook shall be effective unless made in writing and signed by the President of Gate City Transportation, Inc.

Our single most common goal must be to work together to meet the needs of our patients. Please remember that our patients are our most important asset.

Welcome to Gate City Transportation, Inc.

*Roderick D. Jessup*

Roderick D. Jessup
President

2